| | |
|---|---|
| 1 | TONY WEST<br>Assistant Attorney General |
| 2 | |
| 3 | DAVID J. KLINE<br>Director |
| 4 | COLIN A. KISOR<br>Senior Litigation Counsel |
| 5 | |
| 6 | J. MAX WEINTRAUB<br>Senior Litigation Counsel |
| 7 | United States Department of Justice<br>Office of Immigration Litigation<br>District Court Section |
| 8 | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| 9 | Phone: (202)305-7551<br>Facsimile: (202)305-7000 |
| 10 | Email: Jacob.Weintraub@usdoj.gov |
| 11 | Counsel for Defendants |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE GONZALEZ ESPITIA,<br>   A# 200 S44 583, et al., | ) ) ) | |
| | ) | Case No. 2:10-cv-01797 |
| Plaintiffs, | ) ) | |
| v. | ) ) | STIPULATION MARKING CASE<br>OFF CALENDAR AND |
| ERIC H. HOLDER, JR., et al., | ) ) | ADMINISTRATIVELY CLOSING<br>CASE |
| Defendants. | ) ) | |
| | ) ) ) | |

Counsel for all parties stipulate and request as follows:

The Court will remand this action to United States Citizenship and Immigration Services ("USCIS") for a de novo review of Plaintiff's waiver request, notwithstanding his spouse's death; and

Pending such de novo review, the parties jointly ask the Court to mark the case and the currently pending motion "off calendar," and to administratively close the case, subject to restoration by stipulation in the event that the de novo review does not resolve the issues; and

All parties reserve all rights in the event further litigation is required.

DATED this 28th day of January, 2011

Respectfully submitted,

/s/ Armand Fried
ARMAND FRIED, ESQ.
REZA ATHARI & ASSOCIATES, PLLC
Attorneys for Plaintiff
6235 Pecos Road, Suite 109
Las Vegas, NV 89120
Ph: (702) 458-9047
Fx: (702) 458-8508
Armandfried@Atharilaw.com

Counsel for Plaintiffs

TONY WEST
Assistant Attorney General

DAVID J. KLINE
Director

COLIN A. KISOR
Senior Litigation Counsel

/s/ J. Max Weintraub
J. MAX WEINTRAUB, VA BAR #36188
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov

Counsel for Defendants

**IT IS SO ORDERED** this 10th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge